UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:26cv05957 CAS (MBKx) Date: July 30, 2026

Title *CHARLES FRANKEL; ET AL. v. LUCID GROUP USA, INC. E/S/A LUCID USA, INC.*

Present: The Honorable: CHRISTINA A. SNYDER, U.S. DISTRICT SENIOR JUDGE

| Catherine Jeang | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings: (IN CHAMBERS) – ORDER TO SHOW CAUSE**

**IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **August 20, 2026**, why this action should not be dismissed for lack of prosecution**.**

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

Plaintiff's are advised that the Court will consider an answer by **defendant LUCID GROUP USA, INC., Erroneously Sued As LUCID USA, INC.,** or plaintiff's request for entry of default on this defendant on or before the above date, as a satisfactory response to the Order to Show Cause.

00:00

**Initials of Preparer** CMJ